UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
BYRON JESSUP
WANDA JESSUP                                                    Case No. 09-50922
Debtors

J. JAMES ROGAN, TRUSTEE                              PLAINTIFF

V.                                                                              Adv. No. 09-5229

CITIMORTGAGE, INC.                                        DEFENDANTS

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ("MERS") solely
as nominee for Homeland Capital Mortgage

## MOTION TO COMPEL DISCOVERY AND NOTICE OF HEARING

Comes Plaintiff-Trustee, by counsel pursuant to Bankruptcy Rule 7037 (3)(B)(iii), and all other applicable law, and request to Court to compel Defendant Mortgage Electronic Registration Systems, Inc. to answer Interrogatories (Docket No. 11), and to award reasonable attorney fees and costs to Plaintiff-Trustee. In support thereof Plaintiff-Trustee represents as follows:

1.     That by letter to counsel for defendants dated March 22, 2010, counsel for Plaintiff-Trustee requested said defendant to supplement its "Answers to Interrogatories" (Docket No. 24) to Interrogatory No. 1 and No. 12 by April 1, 2010. A copy of the March 22, 2010 letter is attached hereto and incorporated by reference.

1

     2.     That as of April 3, 2010 at 11:30 a.m., Defendant Mortgage Electronic Registration Systems, Inc. has not filed with the court supplemental answers to interrogatories nos. 1 and 12.

     3.     That the undersigned certifies that pursuant to the attached letter, he has made a good faith effort to obtain discovery without court action.

## NOTICE OF HEARING

The foregoing motion will be brought on for hearing on April 15, 2010 at the hour of 10:00 a.m., in the United States Bankruptcy Courtroom, Third Floor, 100 East Vine Street, Lexington, Kentucky 40507.

/s/ J. James Rogan  
J. James Rogan, P.S.C., Attorney for  
J. James Rogan, Trustee  
345 South Fourth Street  
Danville, Kentucky 40422  
(859) 236-8121

Certificate of Service:

This is to certify that a copy of the foregoing motion to extend time was served electronically on April 3, 2010, to the following:

Pamela S. Petas  
Manley Deas Kochalski PLLC  
P. O. Box 42728  
Cincinnati, Ohio 45201

/s/ J. James Rogan  
J. James Rogan

2

*J. James Rogan, P.S.C.*

ATTORNEY AT LAW
345 SOUTH FOURTH STREET
DANVILLE, KENTUCKY 40422
(859) 236-8121
FACSIMILE (859) 236-8123

March 22, 2010

Pamela S. Petas
Manley Deas Kochalski PLLC
P. O. Box 42728
Cincinnati, Ohio 45242-0728

    Re:    J. James Rogan, Trustee v. CitiMortgage, Inc., et al.
              Adversary No. 09-5229

Dear Ms. Petas:

    My letter is written pursuant to Bankruptcy Rule 7037 (a)(1) pertaining to incomplete answers to Interrogatories, Docket no. 24. Please supplement your answers with the requested information on or before April 1, 2010.

    The answer to Interrogatory No. 1 failed to set forth the "length of employment" of Anthony S. Perez requested in Interrogatory No. 1. Please supplement your answer to provide the "length of employment."

    Interrogatory No. 1 also requested the mailing address of the person answering the interrogatories. The answer omitted the mailing address of Anthony S. Perez.

    The answer to Interrogatory No. 1 identified counsel of record as assisting Mr. Perez in answering the interrogatories. However, there is no identification of the person other than counsel who provided Mr. Perez with information concerning the answer to Interrogatory No. 12 concerning the Preferred Provider Service Agreement between Orion Financial Group and Merscorp, Inc. Please supplement your answer to provide name and address of any individual that assisted Mr. Perez in obtaining the copy of the Preferred Provider Service Agreement, other than counsel of record.

    The answer to Interrogatory No. 12 is also non-responsive, incomplete and evasive as the document attached to the answers is not a document executed by Defendant Mortgage Electronic Registration Systems, Inc. The contract is executed by Merscorp, Inc. which is not a party to this adversary proceeding. Please supplement your answer to provide a copy of a written appointment by Mortgage Electronic Registration

Systems, Inc of D.M Wileman as an "Authorized Signator of Mortgage Electronic Registration System, Inc."

Yours truly,

*J. James Rogan*

J. James Rogan