# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 09-50922 |
| Byron Jessup<br>Wanda Jessup | Chapter 7 |
| Debtors | Judge William S. Howard |
| | |
| J. James Rogan, Trustee | PLAINTIFF |
| | |
| v. | |
| CitiMortgage, Inc. | ADV. NO. 09-5229 |
| Mortgage Electronic Registration Systems, Inc. (MERS),<br>*solely as nominee for Homeland Capital Mortgage* | DEFENDANTS |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY (#34) OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Now comes Defendant Mortgage Electronic Registration Systems, Inc. [MERS], *solely as nominee for Homeland Capital Mortgage [its successors and assigns]*, and submits the following Memorandum in Opposition to Plaintiff's

1

Motion to Compel Discovery.

                Respectfully submitted,

/s/ Pamela S. Petas
Pamela S. Petas (84647)
Manley Deas Kochalski PLLC
P.O. Box 42728
Cincinnati, OH 45242
Phone & Fax (513) 618-6234
psp@mdk-llc.com
Attorney for Defendants
CitiMortgage, Inc. and Mortgage
Electronic Registration Systems, Inc.
(MERS), solely as nominee for
Homeland Capital Mortgage [its
successors and assigns]

## **MEMORANDUM**

On January 21, 2010, MERS served to Plaintiff J. James Rogan, Trustee [Trustee] its complete Answers to Plaintiff's First Set of Interrogatories. A copy of the Answers is attached as Exhibit A. The Answers were verified by Anthony S. Perez as Vice President of MERS by appointment. The Trustee has asked for Mr. Perez's mailing address and length of employment. Attached as Exhibit B is a copy of MERS' Supplemental Answers to Plaintiff's First Set of Interrogatories providing Mr. Perez's mailing address and the date of his appointment.

The Trustee's discovery included questions about the authority of D.M. Wileman to execute the Assignment of Mortgage from MERS to CitiMortgage, Inc. In its Answers, MERS clearly identified its agreement with Orion Financial Group whereby certain officers and employees of Orion were authorized to execute Assignments of Mortgage on behalf of MERS. MERS produced a copy of the Preferred Provider Service Agreement. MERS explained that D.M.

2

Wileman was inadvertently left off of the list of authorized signers referenced in the Agreement.

The Preferred Provider Service Agreement is executed by Merscorp, Inc. and Orion Financial Group. The Trustee has already argued in his briefs related to the parties' cross Motions for Summary Judgment that the Agreement has no effect on MERS, Inc. because it was executed by Merscorp., Inc. In its briefs, MERS attested that the Agreement was, in fact, between MERS, Inc. and Orion and that MERS ratified D.M. Wileman's signature on the Assignment of Mortgage. The Trustee now demands that MERS produce a second Preferred Provider Service Agreement that is signed by MERS, Inc. when the Trustee knows that the Agreement does not exist. The Trustee mischaracterizes MERS' responses to discovery as "evasive."

In MERS' Supplemental Answers to Plaintiff's First Set of Interrogatories, it confirms that the Preferred Provider Service Agreement was contained in the archived business records of MERS and the business records of CitiMortgage. The information was provided by MERS and verified by its appointed Vice President. Numerous individuals may have been involved in locating records regarding the mortgage loan that is the subject of this action. The Trustee's demand for the names of everyone involved in retrieving information is not reasonable.

For the foregoing reasons, the Trustee's Motion to Compel Discovery

must be denied.

                                        Respectfully submitted,

                                        /s/ Pamela S. Petas
                                        Pamela S. Petas (84647)
                                        Manley Deas Kochalski PLLC
                                        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Memorandum in Opposition to Plaintiff's Motion to Compel Discovery was sent to the following via ECF/CM or by regular U.S. mail, postage prepaid on April 14, 2010:

J. James Rogan, PSC
Attorney for J. James Rogan, Trustee
345 South Fourth Street
Danville, KY 40422
jattorney@bellsouth.net

John M. Simms
Attorney for Debtors
1608 Harrodsburg Rd.
Lexington, KY 40504
jsm@ask-law.com

John L. Daugherty
Assistant U.S. Trustee
100 East Vine Street
Lexington, KY 40507

The below listed parties were served via regular U.S. Mail postage prepaid on March 1 2010:

Byron Jessup aka Byron Lee Jessup
Wanda Jessup aka Wanda F. Jessup
345 Bob O Linky Dr.

Lexington, KY 40503

Byron Jessup aka Byron Lee Jessup
Wanda Jessup aka Wanda F. Jessup
2420 Parterre Place
Lexington, KY 40504

/s/ Pamela S. Petas
Pamela S. Petas (84647)