**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
BYRON JESSUP
WANDA JESSUP                                    Case No. 09-50922
Debtors

J. JAMES ROGAN, TRUSTEE                         PLAINTIFF

V.                                              Adv. No. 09-5229

CITIMORTGAGE, INC.                              DEFENDANTS

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ("MERS") solely
as nominee for Homeland Capital Mortgage

### DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S ("MERS") SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

### GENERAL OBJECTIONS

1.      MERS objects to the Interrogatories to the extent they seek to impose burdens beyond those authorized by the Federal Rules of Bankruptcy Procedure.

2.      MERS objects to the Interrogatories to the extent they seek to obtain information or documents protected by the attorney-client privilege or work-product doctrine. Any disclosure by MERS of such information here or elsewhere is inadvertent and is not to be construed as a waiver of any such privilege.

1

3.     MERS reserves the right to retract an answer or information that is produced inadvertently which is later found to fall within a general or specific objection.

4.     In submitting these responses, MERS expressly reserves its rights to (1) amend or supplement any and all objections and/or information provided at any time upon receipt of additional documents or information; and (2) object on any ground whatsoever to the use as evidence or any other use of the information provided and the documents produced in this or any other proceeding.

MERS renews its objections set forth in its initial Answers to Interrogatories and incorporates them by reference herein.

Without waiving the objections, MERS provides the following Supplemental Answers.

**Interrogatory No. 1.**

Identify the person or persons answering these Interrogatories, mailing address, whether employed by defendant, job title, length of employment, and the name of any other person or persons, who assisted in such preparation of these answers and all documents utilized to prepare these answers.

**Supplemental Answer:**  Anthony S. Perez has been Vice President of MERS by appointment since February 25, 2009 through the present time.  Mr. Perez's mailing address is Citi Corporate Center, 3950 Regent Blvd., Irving, TX 75063

2

**Interrogatory No. 12.**

What is the date that E.M. Wileman was appointed or employed as "Authorized Signator" for MERS, and if such appointment is in writing, attach a copy of such written appointment to your answers?

**Answer:**

The Preferred Provider Service Agreement was located in the business records of CitiMortgage, Inc. and the archived business records of MERS.

As to all objections,

/s/Pamela S. Petas
Pamela S. Petas (KBA # 84647)
Manley Deas Kochalski PLLC
P.O. Box 42728
Cincinnati OH  45242-0728
513-618-6234 phone & fax
psp@mdk-llc.com
Attorney for Defendant Mortgage
Electronic Registration Systems, Inc.

3

## VERIFICATION

STATE OF TEXAS:

COUNTY OF DALLAS:

    The undersigned, Anthony S. Perez, states that the foregoing Supplemental Answers to Plaintiff's First Set of Interrogatories are true to the best of his knowledge and belief.

_____
Signature

Sworn to before me and subscribed in my presence this _12th_ day of April, 2010.

_____
Notary Public

KEENAN C CULPEPPER
My Commission Expires
January 27, 2014

4

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of defendant MERS's Supplemental Answers to Interrogatories was served electronically to all parties entitled to electronic notice of pleadings in the within adversary proceeding or by U.S. mail on April 14, 2010 to the following:

J. James Rogan
345 South Fourth Street
Danville, KY 40422
859-236-8121
Attorney for Plaintiff

/s/ Pamela S. Petas _____
Pamela S. Petas