UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                     CASE NUMBER 09-05229

   Rogan v. CitiMortgage, Inc. et al

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 4/15/2010                                            TIME: 10:00

APPEARANCES:
   Rogan, J.
   Petas, Pamela

ISSUE:

   34    4/3/2010    Motion to Compel. Hearing scheduled for 4/15/2010 at 10:00 AM at Lexington Courtroom, 3rd Floor.  (Rogan, J.)

DISPOSITION:
    Other

JUDGE'S NOTES:

   def to supp record w/affidavit to the effect there
   is no second service agreement and upon filing of
   the affidavit motion is O/R

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge
Dated: Thursday, April 15, 2010
(gwp)**