UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 09-50922 |
| Byron Jessup<br>Wanda Jessup | Chapter 7 |
| | Judge William S. Howard |
| Debtors | |
| | |
| J. James Rogan, Trustee | PLAINTIFF |
| | |
| v. | |
| | ADV. NO. 09-5229 |
| CitiMortgage, Inc. | |
| | |
| Mortgage Electronic Registration Systems, Inc. (MERS),<br>*solely as nominee for Homeland Capital Mortgage* | DEFENDANTS |

## AFFIDAVIT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**STATE OF VIRGINIA** )
 ) SS
**COUNTY OF FAIRFAX** )

Affiant, William C. Hultman, being first duly sworn, states as follows:

1. I am Secretary of Defendant Mortgage Electronic Registration Systems, Inc. ["MERS"] and am duly authorized to make this Affidavit and represent that I have personal knowledge of the matter contained herein.

2. MERS previously produced to Plaintiff and the Court a copy of the MERS Preferred Service Provider Agreement ("Agreement") executed by Orion Financial Group, Inc. and MERSCORP, INC. The Agreement was obtained from the archived records of MERS.

3. The Agreement inadvertently identified MERSCORP, Inc., instead of Mortgage Electronic Registration Systems, Inc. This was a clerical error and the intent of the parties was that Orion Financial Group, through its officers and employees, had the authority to execute various documents as officers of Mortgage Electronic Registration Systems, Inc., as provided for under the Agreement.

4. There are no additional agreements between Mortgage Electronic Registration Systems, Inc., and Orion Financial Group, Inc., that are relevant to this matter.

Further Affiant Sayeth Naught.

_____
William C. Hultman

Sworn to and subscribed in my presence this 2nd day of June 2010.

_____
NOTARY PUBLIC



Brandie Hollinger Peeples
Commonwealth of Virginia
Notary Public
Commission No. 7185949
My Commission Expires 05/31/2012