UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: Byron Jessup<br>　　　　Wanda Jessup<br>　　　　　　　　Debtors<br><br>J. James Rogan, Trustee<br>v.<br>Citimortgage, Inc.<br>　　　　　　　　Plaintiff<br><br>Mortgage Electronic Registrations Systems,<br>Inc. (MERS), solely as nominee for<br>Homeland Capital Mortgage<br><br>　　　　　　　　Defendants | CASE NO: 09-50922<br><br>ADV. NO. 09-5229 |

**WITHDRAWAL OF EX PARTE MOTION TO STRIKE DOCUMENT NUMBER 30-1 UNREDACTED CONTINUATION OF MAIN DOCUMENT SUPPLEMENTAL AFFIDAVIT OF CITIMORTGAGE INC. FOR FAILURE TO COMPLY WITH THE PRIVACY PROTECTIONS OF RULE 9037, AND REQUEST FOR SANCTIONS AND DAMAGES AGAINST CITIMORTGAGE, INC. ("CREDITOR") AND AWARD OF ATTORNEY FEES (DOCUMENT #39)**

　　　**COME NOW,** the above-named debtors, by and through their attorney of record, and having amicably resolved this matter hereby withdraw the aforementioned document #39 with prejudice.

　　　　　　　　　　　　　　　　　　　　/s/ John M. Simms
　　　　　　　　　　　　　　　　　　　　JOHN M. SIMMS
　　　　　　　　　　　　　　　　　　　Atkinson Simms & Kermode
　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　1608 Harrodsburg Rd.
　　　　　　　　　　　　　　　　　　　Lexington, KY 40504
　　　　　　　　　　　　　　　　　　　859-225-1745
　　　　　　　　　　　　　　　　　　　859-254-2012 (fax)
　　　　　　　　　　　　　　　　　　　JMS@ask-law.com

Certificate of Service:

This is to certify that a copy of the foregoing pleading was served electronically on June 23, 2010, to the following:

Pamela S. Petas
Manley Deas Kochalski PLLC
P.O. Box 42728
Cincinnati, Ohio  45201

/s/ John M. Simms
JOHN M. SIMMS